239 So.2d 358

**David CHANEY**

**v.**

**The TRAVELERS INSURANCE COMPANY et al.**

**No. 50839.**

Sept. 30, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

239 So.2d 358

**Mrs. Blanche Mae CHARLES et al.**

**v.**

**TOWN OF JEANERETTE et al.**

**No. 50708.**

Sept. 30, 1970.

Writ refused. The errors assigned in this Court were not raised in the Court of Appeal and therefore cannot be considered. After consideration of the opinion of the Court of Appeal, we cannot say that the result reached is incorrect.